844 A.2d 510

IN THE MATTER OF JOHN J. MCLOUGHLIN, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 009521986).

March 26, 2004.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–291, concluding that **JOHN J. McLOUGHLIN, JR.**, of **BRICK**, who was admitted to the bar of this State in 1986, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(b) (committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects);

And the Disciplinary Review Board having further concluded that respondent should be required to submit proof of his fitness to practice and to submit to drug testing;

And good cause appearing;

It is ORDERED that **JOHN J. McLOUGHLIN, JR.**, is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 26, 2004; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that respondent shall submit to and cooperate in a program of drug testing to be implemented by the Office of Attorney Ethics for a period of one year; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.